Decided April 9, 1992

NORWEST EQUIPMENT FINANCE, INC. *v.* STONECRAFTERS, LTD., ET AL.

The petition of the defendants Stonecrafters, Ltd., and John W. Kronberg for certification for appeal from the Appellate Court, 26 Conn. App. 946, is denied.

*F. Woodward Lewis, Jr.,* in support of the petition.

*Jonathan J. Einhorn,* in opposition.

Decided April 9, 1992

STATE OF CONNECTICUT *v.* FRANCES I. STEVENS

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 805, is granted, limited to the following issue:

"Does a Connecticut police officer who has made a valid arrest in this state have the authority to accompany the arrested person to Rhode Island and there to conduct sobriety and blood tests with the consent of the arrested person?"

*William W. Fisher, Jr.,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided April 9, 1992